B21 (Official Form 21) (12/07)

## STATEMENT OF SOCIAL-SECURITY NUMBER OR
## INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

**In re:**    **Dennis R. Rosenthal, Jr.**                                **Case No.**  _____

**DEBTOR(S)**

**Address: 16433 W. Illinois Rt. 173**                            **Chapter**    __13_____
**Wadsworth, IL 60083**

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN)**
**No(s). (if any):** __xxx-xx-1538_____
**Employer's Tax Identification (EIN) No(s). (if any):**_____

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
### (or other Individual Taxpayer-Identification Number(s) (ITIN(s)))

1. Name of Debtor (Last, First, Middle):  **Rosenthal Jr., Dennis R.**_____
*(Check the appropriate box and, if applicable, provide the required information.)*

      ☑ Debtor has a Social-Security Number and it is:    **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**_____
         *(If more than one, state all.)*

      ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
         Number (ITIN), and it is: _____
         *(If more than one, state all.)*

      ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
         Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

      ☐ Joint Debtor has a Social-Security Number and it is: _____
         *(If more than one, state all.)*

      ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
         Number (ITIN), and it is: _____
         *(If more than one, state all.)*

      ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
         Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

    **X** __/s/ Dennis R. Rosenthal, Jr._____        **10/07/2008**____
      **Dennis R. Rosenthal, Jr.**                                Date
      Signature of Debtor

---

*\* Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:*   Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008*